**Order entered July 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00208-CV

**DALLAS AREA RAPID TRANSIT AND NANCY K. JOHNSON, Appellants**

**V.**

**AMALGAMATED TRANSIT UNION LOCAL NO. 1338, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC13-05156**

## ORDER

On July 10, 2015, appellee filed a Motion for Remand to Trial Court. We construe the motion to be a request that we issue our mandate because all interlocutory appeals have been exhausted. We **GRANT** the motion and **DIRECT** the Clerk of the Court to issue the mandate in this appeal instanter.

/s/      ELIZABETH LANG-MIERS
JUSTICE